# Morgan Lewis

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/31/2024

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

October 30, 2024

**VIA ECF**

Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court for the
 Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 17D
New York, NY 10007-1312

> **The parties' request for a stay of all deadlines for a period of 60 days is GRANTED. The stay will be automatically lifted on January 2, 2025. The parties must apply for any continuation of the stay. In light of the parties' representation that they have settled this matter, the Initial Case Management Conference previously scheduled for 11/06/2024 is hereby adjourned sine die.**
>
> **APPLICATION GRANTED**
>
> /s/ Katharine H. Parker
> Hon. Katharine H. Parker, U.S.M.J.
>
> **10/31/2024**

Re:   *Valencia v. QVC, Inc.*, **Case No. 1:24-cv-04913-JMF-KHP**

Judge Parker:

We represent Defendant QVC, Inc. ("Defendant") in the above-referenced action. Pursuant to Your Honor's Individual Practices in Civil Cases, we write with the consent of counsel for Plaintiff Justin Valencia ("Plaintiff") to inform the Court that the parties have reached an agreement in principle to resolve this matter. Accordingly, Defendant respectfully request that the Court stay all deadlines for a period of 60 days to permit the parties to finalize the terms of their agreement and submit a stipulation of dismissal to the Court. This is Defendant's first request for a stay pending submission of a stipulation of dismissal. As noted above, Plaintiff has consented to this request.

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Michael F. Fleming*

Michael F. Fleming

C: All Counsel of Record (via ECF)

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY  10178-0060
United States
T +1.212.309.6000
F +1.212.309.6001